FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8642 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jose Luis ROMERO-Ortiz, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about July 14, 2008, within the Southern District of California, defendant Jose Luis ROMERO-Ortiz did knowingly and intentionally import approximately 22.50 kilograms (49.50 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy L. Henderson
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 15th DAY OF July, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Luis ROMERO-Ortiz

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy L. Henderson.

On July 14, 2008, Jose Luis ROMERO-Ortiz entered the United States at the Calexico, California West Port of Entry. ROMERO was the driver of a Chevrolet passenger car. The Chevrolet was registered in ROMERO's name. Customs and Border Protection Officer (CBPO) M. Aguilar received a negative Customs declaration from ROMERO. CBPO Aguilar referred ROMERO for secondary inspection.

Once in secondary, CBPO Aguilar continued the inspection of ROMERO. A search of the Chevrolet resulted in the recovery of 20 packages containing a white powdery substance. A sample of the powder field-tested positive for cocaine. The total weight of the packages was 22.50 kilograms.

Special Agent (S/A) Timothy Henderson interviewed ROMERO. S/A R. Estrada read ROMERO his constitutional rights, per Miranda, in Spanish. ROMERO orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

ROMERO stated that he believed that controlled substances would be in the Chevrolet. ROMERO said that he would be paid to cross the Chevrolet into the United States.